**Elsie Holcomb, Administratrix, Appellee, v. Saline County Coal Company, Appellant.**

### (Not to be reported in full.)

Appeal from the Circuit Court of Saline county; the Hon. A. W. LEWIS, Judge, presiding. Heard in this court at the March term, 1913. Reversed with finding of facts. Opinion filed October 9, 1913.

### Statement of the Case.

Action by Elsie Holcomb, administratrix of the estate of Matthew A. Holcomb, deceased, against the Saline County Coal Company, a corporation, for damages sustained by a death from negligence or wrongful act. From a judgment for plaintiff, defendant appeals. The opinion in *Mary Owsianny, Administratrix v. Saline County Coal Company,* arising out of the same accident is reported *ante,* p. 518.

M. S. WHITLEY and E. E. DENISON, for appellant.

CHOISSER, CHOISSER & KANE, CLARK & HUTTON, and GEORGE E. DODD, for appellee.

MR. PRESIDING JUSTICE McBRIDE delivered the opinion of the court.

## Abstract of the Decision.

APPEAL AND ERROR, § 1813*—*when opinion in former decision is adopted.* Where the facts, pleadings and arguments of counsel in an action to recover for a death were substantially the same as in another case arising from the same accident in which an opinion was rendered by the Appellate Court, such court adopted the opinion as its opinion in the case at bar.